EILEEN M. DECKER
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8921
    Facsimile:  (415) 744-0134
Email:  lara.bradt@ssa.gov
Attorneys for Defendant
CAROLYN W. COLVIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE SOLORIO, | ) No. 2:15-CV-02821-SVW-AFM |
| Plaintiff, | ) **[PROPOSED] JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date:  12/4/2015

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE